# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of HARRY BECKER, deceased, STANLEY BECKER, Executor,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>　　　　　Defendant. | Case No. CV 10-04492 DMG (FMOx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant United States of America and against Plaintiff Stanley Becker, who shall take nothing.

**IT IS SO ORDERED**.

DATED: May 2, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE